UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT E. THOMPSON

VERSUS

CENAC TOWING COMPANY, LLC

CIVIL ACTION

NO. 09-1002-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 7, 2010 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this court dos not have subject matter jurisdiction over this matter and the motion to remand (doc. no. 5) is GRANTED and this matter is REMANDED the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 26th day of May, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA